**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **RONALD D'WAYNE MURRAY,**<br>    **Plaintiff,** | Civil Action No. 7:19-cv-00427 |
| v. | **OPINION** |
| **WARDEN BERNARD BOOKER, et al,**<br>    **Defendant(s),** | By: James P. Jones<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered June 11, 2019, the court directed plaintiff to submit within 30 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On July 15, 2019 plaintiff filed a motion for extension of time in order to comply with those conditions. On July 16, 2019 the court granted the motion for extension of time giving plaintiff until July 31, 2019 to send in the required financial information. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

As of this date plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 6th day of August, 2019.

/s/James P. Jones
United States District Judge